**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03424-BNB

CHAD ANGLE,

    Applicant,

v.

DAVE ZUPAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion to Deny Request for Time Extension of Pre-Answer Response, filed on February 4, 2014, is denied. The Court finds no prejudice in the extension. The Motion for Extension was timely filed and adequately supported. Applicant has twenty-one days from the date Respondent filed the Pre-Answer Response to file a Reply if he desires.

Dated: February 4, 2014