**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03424-BNB

CHAD ANGLE,

    Applicant,

v.

DAVE ZUPAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's Motion to Quash Pre-Answer Response, filed on February 5, 2014, is denied. Applicant has twenty-one days from the date Respondent filed the Pre-Answer Response to file a Reply if he desires.

Dated:  February 6, 2014