**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03424-BNB

CHAD ANGLE,

      Applicant,

v.

DAVE ZUPAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      On February 14, 2014, Applicant filed a Letter stating that he has not received the "electronic filings" for certain documents he submitted to the Court.  If Applicant is asking for copies of certain documents in this case the Court charges $.50 per page to make photocopies.  Applicant is responsible for maintaining copies of each document he files with the Court.  Otherwise, to the extent Applicant is asking for a copy of the Docket in this case, the Court directs the Clerk of the Court to send a copy of the Docket to Applicant and to terminate the Motion for Request, ECF No. 22.

Dated:  March 1, 2014

---