**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03424-LTB

CHAD ANGLE,

    Applicant,

v.

DAVE ZUPAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 16, 2014, Applicant filed a Motion for Production of Electronic Filing Receipts, ECF No. 34.  The Motion is granted.  The Clerk of the Court is directed to send to Applicant the notice of electronic filings for ECF Nos. 1, 3, 5, 6, 7, 10, 14, 17, 19, 21, 22, 25, and 28.  Two of the documents Applicant refers to in the Motion, Motion for Amendment to 2254 Petition and Motion Directing Judge Magistrate Boyd N. Boland to File Criminal Charges, however, are not entries on the Docket in this case.  The Clerk of the Court also is directed to send to Applicant a copy of the Docket in this case.

Dated:  October 17, 2014